In the Matter of the Probate of the Will of W. LAWRENCE NEWINS, Deceased. ESTHER C. NEWINS, Appellant; STANLEY FOWLER, Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 19, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

## (January 5, 1961)

IRMA C. AVAKIAN, Respondent, v. RICHMUR REALTY CORPORATION, Appellant, et al., Defendants.— Motion by appellant for a stay, pending appeal, of an order directing its examination before trial, denied; the examination to proceed on five days' notice or any other date mutually fixed. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

EPHRAIM BENNIS et al., Respondents, v. ALBERT C. THOMAS et al., Appellants, et al., Defendants.— Motion by appellants to stay execution of judgment of foreclosure and sale, pending appeal, denied. Motion by appellants to appeal as poor persons and for an extension of time to perfect appeal, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellants' typewritten brief. Appellants are directed to file six copies of their typewritten brief and to serve one copy on respondents. Appellants' time to perfect the appeal is extended to the March Term, beginning February 27, 1961; appeal ordered on the calendar for said term. Antonio Mareno, Esq., having consented to serve without compensation, is hereby assigned as counsel for appellants to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

JOHN CASALE et al., Respondents, v. ALBERT WICHARD et al., Appellants.— Motion by appellants to extend their time, pending appeal, to plead or otherwise move in respect to an amended complaint, granted, and time extended until 20 days after entry of order determining the appeal, on condition that appellants perfect the appeal and be ready to argue or submit it at the February Term, commencing January 30, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before January 18, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

HARRIET CHLEBOROWICZ, Respondent, v. WALTER CHLEBOROWICZ et al., Appellants.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 18, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.